February 20, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00065-CV

CITY OF RIO VISTA, Appellant

V.

JOHNSON COUNTY SPECIAL UTILITY DISTRICT, Appellee

Today the Court heard Appellee's unopposed motion to dismiss. Having considered the motion, we order the appeal **DISMISSED**. We further **WITHDRAW** our opinion and **VACATE** our judgment of January 28, 2025.

We order Appellant, City of Rio Vista, to pay all costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered February 20, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.